IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN, ) | |
| ) | C.A. No.:04-930 KAJ |
| ) | |
| Plaintiff, ) | TRIAL BY JURY DEMANDED |
| v. ) | |
| ) | |
| THE CHURCH INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION DUCES TECUM

TO: Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner
 Coleman & Goggin
1220 North Market Street
5th Floor
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the Plaintiff, Charles A. Brown, by his attorney, Stephen B. Potter, hereby gives notice that Plaintiff will take the oral deposition under oath of Ralph K. Durstein, Esq., Department of Justice, Carvel State Building, 820 North French Street, Wilmington, Delaware 19801, in the law office of Potter, Carmine & Aaronson, P.A., 840 North Union Street, Wilmington, Delaware 19899, on March 23, 2005, at 2:00 p.m.

The witness shall bring to the deposition the documents identified in Exhibit A..

                              POTTER, CARMINE & AARONSON, P.A.

*/s/ Stephen B. Potter*
Stephen B. Potter, #298
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899
(302)658-8940
Attorney for Plaintiff Charles A. Brown

DATED: February 23, 2005

xc.     Corbett Associates