IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN, | ) |
| | ) C.A. No.:04-930 KAJ |
| | ) |
| Plaintiff, | ) TRIAL BY JURY DEMANDED |
| v. | ) |
| | ) |
| THE CHURCH INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE

I hereby certify that I have served two (2) copies of the foregoing Notice of Deposition by hand delivery on February 23, 2005, to:

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
220 North Market Street
5th Floor
Wilmington, DE 19899

Stephen B. Potter, #298
840 N. Union Street
Wilmington, DE  19899
302-658-8940