## **EXHIBIT A**

The complete file and any and all documents or electronically stored correspondence which evidence relate or refer to <u>Brown v. Cathedral Community Services and Capital Management Company</u>, C.A. No. 99C-10-210 RRC, including but not limited to correspondence between Ralph K. Durstein, III, Esq. and Church Insurance Company and opinion letters relating to Capital Management Company's coverage under the Church Insurance Company policy.