# Exhibit "A"

# Exhibit "A"

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN, ) | |
| ) | C.A. No.:04-930 KAJ |
| ) | |
| Plaintiff, ) | TRIAL BY JURY DEMANDED |
| v. ) | |
| ) | |
| THE CHURCH INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION DUCES TECUM

TO:  Daniel A. Griffith, Esq.
     Marshall, Dennehey, Warner
      Coleman & Goggin
     1220 North Market Street
     5th Floor
     Wilmington, DE 19899

**PLEASE TAKE NOTICE** that the Plaintiff, Charles A. Brown, by his attorney, Stephen B. Potter, hereby gives notice that Plaintiff will take the oral deposition under oath of Ralph K. Durstein, Esq., Department of Justice, Carvel State Building, 820 North French Street, Wilmington, Delaware 19801, in the law office of Potter, Carmine & Aaronson, P.A., 840 North Union Street, Wilmington, Delaware 19899, on March 23, 2005, at 2:00 p.m.

The witness shall bring to the deposition the documents identified in Exhibit A..

POTTER, CARMINE & AARONSON, P.A.

*[signature]*
Stephen B. Potter, #298
840 N. Union Street
P.O. Box 514
Wilmington, DE 19899
(302)658-8940
Attorney for Plaintiff Charles A. Brown

DATED: February 23, 2005

xc.   Corbett Associates

## EXHIBIT A

The complete file and any and all documents or electronically stored correspondence which evidence relate or refer to Brown v. Cathedral Community Services and Capital Management Company, C.A. No. 99C-10-210 RRC, including but not limited to correspondence between Ralph K. Durstein, III, Esq. and Church Insurance Company and opinion letters relating to Capital Management Company's coverage under the Church Insurance Company policy.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN, | ) |
| | ) C.A. No.:04-930 KAJ |
| Plaintiff, | ) |
| | ) TRIAL BY JURY DEMANDED |
| v. | ) |
| | ) |
| THE CHURCH INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF SERVICE

I hereby certify that I have served two (2) copies of the foregoing Notice of Deposition by hand delivery on February 23, 2005, to:

Daniel A. Griffith, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
220 North Market Street
5th Floor
Wilmington, DE 19899

Stephen B. Potter, #298
840 N. Union Street
Wilmington, DE 19899
302-658-8940