IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHURCH INSURANCE COMPANY, et )<br>al., )<br>)<br>Defendants. ) | Civil Action No. 04-930-KAJ |

### ORDER

At Wilmington this **5th** day of **April, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **April 13, 2005 at 4:30 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE