IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES BROWN, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 04-930 KAJ |
| v. : | |
| : | JURY TRIAL DEMANDED |
| THE CHURCH INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |

## ORDER

AND NOW, TO WIT, this      day of         , 2005, the foregoing Plaintiff's Opposition to Defendant's Motion to Quash Subpoena for Deposition of Ralph Durstein, III, Esquire, having been heard and considered, it is hereby

ORDERED_____

_____

_____

_____

                                                        _____
                                                                              J.