## CERTIFICATE OF SERVICE

I, Stephen B. Potter, hereby certify that on this ___8___ day of April, 2005, caused two (2) copies of the foregoing Plaintiff's Opposition to Defendant's Motion to Quash Subpoena for Deposition of Ralph Durstein, III, Esquire to be served via Electronic Online Filing Service, on Counsel for the parties at the following address:

Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 North Market Street
5th Floor
Wilmington, DE  19899

_____
Stephen B. Potter, ID #298
840 N. Union Street
Wilmington, DE  19899
(302) 658-8940