LAW OFFICES
# POTTER, CARMINE & AARONSON, P.A.
840 N. UNION STREET

STEPHEN B. POTTER
KENNETH F. CARMINE
JENNIFER-KATE AARONSON*

*ALSO ADMITTED IN NJ, PA

P.O. BOX 514
WILMINGTON, DELAWARE 19899

TELEPHONE (302) 658-8940
TELECOPIER (302) 654-8377
E-MAIL: PCL@PCLLAW.COM

GLASGOW/BEAR OFFICE
1400 PEOPLES PLAZA, SUITE 101
NEWARK, DELAWARE 19702

TELEPHONE (302) 832-6000
TELECOPIER (302) 832-6008

June 23, 2005

The Honorable Kent A. Jordan
U.S. District Court
844 North King Street
Lock Box 10
Wilmington, DE   19801

RE:   **Brown v. The Church Insurance Company**
      **C.A. No. 04-930 KAJ**

Dear Judge Jordan:

    This letter is to advise the Court that the parties have settled the above referenced case which is scheduled for a final pretrial conference on Monday, June 27, 2005, at 4:30 p.m. At this point, Plaintiff is simply awaiting the settlement check and release. A Stipulation of Dismissal will be filed promptly.

Respectfully submitted,

Stephen B. Potter

SBP:br

xc.   Daniel A. Griffith, Esquire