IN THE UNITED STATES DISTRICT COURT
OF THE STATE OF DELAWARE

| | |
|---|---|
| CHARLES A. BROWN and CAPITAL, MANAGEMENT COMPANY, | ) ) C.A. No.:04-930 |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE CHURCH INSURANCE COMPANY and HARLEYSVILLE INSURANCE COMPANY, | ) NON-ARBITRATION CASE ) ) |
| Defendants. | ) TRIAL BY JURY DEMANDED ) |

### STIPULATION TO DISMISS WITH PREJUDICE

It is hereby Stipulated, by and between counsel below, that the above captioned matter is dismissed with prejudice.

_____
Daniel A. Griffith, Esquire
Marshall, Dennehey, Warner
Coleman & Goggin
1220 North Market Street
5th Floor
Wilmington, DE 19899

_____
Stephen B. Potter, Esquire
Potter, Carmine & Aaronson
840 North Union Street
PO Box 514
Wilmington, DE 19899

Dated: August 29, 2005